```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 02486
    PAWEL KRZYWINSKI
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-1506


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 02/13/2007 and was not confirmed.

     The case was dismissed without confirmation 08/22/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------------

INTERNAL REVENUE SERVICE   PRIORITY         2661.13          .00           .00
ANDERSON FINANCIAL NETWO   UNSECURED       NOT FILED         .00           .00
ANCHOR REC                 UNSECURED       NOT FILED         .00           .00
ROUNDUP FUNDING LLC        UNSECURED        1190.31          .00           .00
CAPITAL ONE                UNSECURED        1389.69          .00           .00
CBSI                       UNSECURED       NOT FILED         .00           .00
CRESCENT RECOVERY LLC      UNSECURED        1373.10          .00           .00
MCB COLLECTION SERVICE     UNSECURED       NOT FILED         .00           .00
MCB COLLECTION SERVICE     UNSECURED       NOT FILED         .00           .00
NCO-MEDCLR                 UNSECURED       NOT FILED         .00           .00
PROVIDIAN BANK             UNSECURED        1108.16          .00           .00
SECRETARY OF STATE         NOTICE ONLY     NOT FILED         .00           .00
SECRETARY OF STATE FLORI   NOTICE ONLY     NOT FILED         .00           .00
SUNRISE CREDIT             UNSECURED       NOT FILED         .00           .00
SUPERIOR ASSET MANAGEMEN   UNSECURED       NOT FILED         .00           .00
UNIVERSAL UNDERWRITERS A   UNSECURED       NOT FILED         .00           .00
INTERNAL REVENUE SERVICE   UNSECURED         129.64          .00           .00
MICHAEL J WORWAG           DEBTOR ATTY     1,100.00                      486.72
TOM VAUGHN                 TRUSTEE                                        33.28
DEBTOR REFUND              REFUND                                          .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                520.00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                               486.72
TRUSTEE COMPENSATION                          33.28
DEBTOR REFUND                                   .00
                     ---------------    ---------------
TOTALS                 520.00                520.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 02486 PAWEL KRZYWINSKI
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 12/13/07 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |